CHRISTINE ADAMI, Appellant, v WARWICK VALLEY CENTRAL SCHOOL DISTRICT et al., Respondents.

Submitted June 17, 2013; decided September 10, 2013

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the denial of appellant's motion to renew, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.